Allen H. Loughry II
820 Scenic Drive
Charleston, WV 25311

January 31, 2012

The Honorable Natalie E. Tennant
State Capitol, Bldg. 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305

Secretary Tennant:

Pursuant to W.Va. Code § 3-12-10, please allow this letter to serve as my sworn statement and application for certification to receive public financing under the West Virginia Supreme Court of Appeals Public Campaign Financing Pilot Program for the 2012 election cycle.

My campaign has complied and will continue to comply with all requirements set forth in W.Va. Code throughout the applicable campaign.

I have signed and filed a declaration of intent as required by W.Va. Code § 3-12-7.

My campaign has obtained the required number and amount of qualifying contributions as required by W.Va. Code § 3-12-9. My campaign has collected 676 qualifying contributions for a total of $36,295.00, which exceeds the requirements by 176 qualifying contributions and $1,295.00. Moreover, of the 676 contributions, 254 are in the 1st Congressional District, 297 are in the 2nd Congressional District, and 125 are in the 3rd Congressional District. As such, the minimum requirement that ten percent of the total qualifying contributions be collected from each congressional district has been met and exceeded by my campaign.

I have complied with the contribution restrictions of W.Va. Code § 3-12-1 through § 3-12-17, and am therefore eligible, as provided in W.Va. Code § 3-5-9, to appear on the primary and general election ballot.

I have met all other requirements of the W.Va. Code that pertain to this program.

Sincerely,

*[signature]*

Allen H. Loughry II

*[Notary seal: OFFICIAL SEAL, Notary Public, State of West Virginia, GREGORY D WATSON, Secretary of State's Office, 1900 Kanawha Blvd. E. Bldg. 1 Ste. 157 K, Charleston, WV 25305, My commission expires January 19, 2022]*

*[Handwritten notary jurat:]* State of West Virginia, County of Kanawha, Subscribed and sworn to before me this 31st day of January 2012.

*[signature]*