State Election Commission Meeting
Friday, February 3, 2012 – 2:00 p.m.
Secretary of State Conference Room
Minutes

**Attendees:**

Members
The Honorable Natalie E. Tennant, Secretary of State (In person)
Dr. Robert Rupp, Member (Chair) (By teleconference)
Mr. Gary Collias, Member (By teleconference)
Mr. William N. Renzelli, Member (By teleconference)
Others Attending
Ms. Ashley Summitt, Chief Counsel – Secretary of State
Mr. Tim Leach, Assistant General Counsel – Secretary of State
Mr. Dave Nichols, Manager – Elections Division
Ms. Missi Kinder, Campaign Finance Specialist – Elections Division
Mr. Greg Watson, Campaign Finance Specialist – Elections Division
Mr. Alan Loughry – Candidate for WV Supreme Court of Appeals

The State Election Commission (SEC) met on Friday, February 3, 2012 at 2:00 p.m. by teleconference in the Secretary of State's Conference Room in the State Capitol Building. Dr. Rupp called the meeting to order at 2:18 p.m.

Mr. Leach addressed the commission concerning Mr. Loughry's application for obtaining funds through the West Virginia Supreme Court of Appeals Campaign Financing Pilot Program. He attests that Mr. Loughry achieved the minimum number of signatures and contributions required to gain access to these funds. West Virginia Code states that a State Election Commission meeting is to be held within three days of the Secretary of State's acceptance of the candidate's receipts and reports through this program.

Mr. Loughry has met the following requirements:

1. Submitted 676 qualifying contribution receipts (500 minimum);
2. Each qualifying contribution must be in the amount of $1-100 and must total more than $35,000. $36,295 was raised;
3. More than the required 10% of receipts came from each of the state's three congressional districts;
4. Declaration of Intent form was submitted to the Secretary of State's office on October 13, 2011;
5. There were no duplication of contributors, and none were received before October 13, 2011 or after January 28, 2012;
6. No non-compliance items were found within the receipts.

Finding the candidate has met all requirements set forth by West Virginia Code; Mr. Collias made the motion to grant funds to Mr. Loughry with Mr. Renzelli seconding the motion. With no discussion the motion passed unanimously.

Mr. Leach informed the commission that Secretary Tennant will draft, sign and forward the required documents to the State Auditor's office. The State Auditor's office will issue the funds to the candidate's treasurer in the amount of $13,705 within two business days. Dr. Rupp made a motion giving permission to Secretary Tennant to prepare and sign the documents on behalf of the commission with Mr. Collias seconding the motion. Motion passed unanimously.

Dr. Rupp thanked the staff of the Secretary of State's office for their efforts and hard work with this historic action. Secretary Tennant thanked the commission and the candidate as well.

With no further business, Mr. Renzelli moved to adjourn with Mr. Collias seconding the motion. Meeting adjourned at 2:33 p.m.