State Election Commission Meeting
Wednesday, August 10, 2011 – 10:00 a.m.
Secretary of State Conference Room
Minutes

**Attendees:**
The Honorable Natalie E. Tennant, Secretary of State
Mr. Gary Collias, Member (Acting Chair)
Mr. William N. Renzelli, Member
Ms. Sheryl Webb, Deputy Secretary of State
Ms. Ashley Summitt, Chief Counsel – Secretary of State
Mr. Tim Leach, Assistant General Counsel – Secretary of State
Mr. Dave Nichols, Manager – Elections Division
Ms. Jackie Harris, Policy Director
Mr. Curt Zickafoose, Legislative Director

The State Election Commission (SEC) met on Wednesday, August 10, 2011 at 10:00 a.m. in the Secretary of State's Conference Room in the State Capitol Building. Mr. Collias called the meeting to order. Minutes from the June 1, 2011 SEC meeting were reviewed. Mr. Renzelli moved to accept the minutes. Secretary Tennant seconded the motion. Motion carried.

The first order of business was the consideration of loan extension requested by the Ohio County Commission. Tim Leach reported that Ohio County had requested a 1 year delay of payment of their 5th, and final, loan repayment from 7/1/11 to 7/1/12. Leach reported that staff recommended approval. Mr. Collias asked if there were any reason to deny. Leach and Secretary Tennant reported that other loans have been extended and no extension requests were known to have been denied in the past. Renzelli moved to approve extension, Tennant seconded, motion passed.

The next discussion was concerning the SEC budget, and ideas for expending funds this fiscal year as requested by Chairman Rupp at the last meeting. Secretary Tennant suggested some ideas including printing copies of constitutions. Mr. Collias suggested expending funds to educate public as to effects of redistricting. Secretary Tennant indicated that appropriations had been approved for that purpose. Mr. Collias suggested that the matter remain on future agendas and that costs associated with each project be reported to the Commission.

Updates on current issues and events:

Jackie Harris presented maps of Congressional and State Senate redistricting and reported on status of all three bills including state Delegate redistricting bill. Mr. Collias had questions about the "one man: one vote" issues for the congressional redistricting. Ms. Harris reported that law suits were anticipated for House of Delegates. Ms. Harris reported that legislature had approved $310,000 for redistricting expenses and notifications.

Legislative update:

Ms. Harris reported that Secretary of State's legislative agenda was deferred until a later special session in order to not distract attention from the redistricting efforts. Ms. Harris identified a couple of areas of election law of concern for the Secretary of State.

WV Supreme Court of Appeals Public Campaign Financing Pilot Project:

Mr. Leach reported on Attorney General Opinion. Mr. Collias asked that Commission members be supplied a copy. Leach reported that the "matching funds" were unconstitutional but that the rest of the program stands. Barring future amendment, qualifying candidates will only receive the initial payment for primary and general campaigns.

Pending Litigation:

Chairman requested an update on CFIF case. Mr. Leach reported that the 2010 attempts to relieve the injunction were largely successful but some parts of the code were still unconstitutional. Leach reported the issue involved anonymity of contributors and their right to free speech. Leach informed the commission that the Secretary of State was in consultation with her counsel for the suit about a possible appeal.

With no further business, Secretary Tennant moved to adjourn, Renzelli seconded, motion passed.