IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MICHAEL CALLAGHAN,

          Plaintiff,

v.                                    CIVIL ACTION NO. 2:12-cv-03419

NATALIE E. TENNANT, et al.,

          Defendants.

**ORDER**

For reasons appearing to the court, the court **DIRECTS** the defendants to provide the court with copies of the pleadings in *Loughry v. Tennant et al*, No. 12-0899, referenced in the defendants' Answer [Docket 14], by **August 21, 2012**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                          ENTER:       August 16, 2012

                                            Joseph R. Goodwin, Chief Judge