IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MICHAEL CALLAGHAN,

    Plaintiff,

v.                                Civil Action No. 2:12-cv-03419

NATALIE E. TENNANT, in her
official capacity as West Virginia
Secretary of State; NATALIE E. TENNANT,
GARY A. COLLIAS, WILLIAM N. RENZELLI,
and ROBERT RUPP in their official capacities
as members of the West Virginia State
Election Commission,

    Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' EXHIBITS

    The Defendants, in response to this Court's August 16, 2012 Order [Doc 16], have filed certain documents [Doc 18] with respect to the proceedings in *Loughry v. Tennant,* pending before the Supreme Court of Appeals of West Virginia, docketed as No. 12-0899. Defendants' Exhibit No. 16 is the motion Callaghan filed to intervene in that action. *See* Doc 18-5 at p. 2.

    In that August 9, 2012 motion, Callaghan indicated that he would file a response to Loughry's petition on or before noon, August 10, 2012. *See* Doc 18-5 at p. 3, ¶9. The response was tendered to the Clerk as promised and is attached as Exhibit A to this Response.

                                                         MICHAEL CALLAGHAN
                                                          By Counsel

**s/ Anthony J. Majestro**
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:      304-346-2895

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MICHAEL CALLAGHAN,

    Plaintiff,

v.                                                  Civil Action No. 2:12-cv-03419

NATALIE E. TENNANT, in her
official capacity as West Virginia
Secretary of State; NATALIE E. TENNANT,
GARY A. COLLIAS, WILLIAM N. RENZELLI,
and ROBERT RUPP in their official capacities
as members of the West Virginia State
Election Commission,

    Defendants.

## CERTIFICATE OF SERVICE

    The undersigned counsel, counsel for the Plaintiff, does hereby certify that on the 20th day of August, 2012, I electronically filed the foregoing Plaintiff's Response to Defendants' Exhibits with the Clerk of the Court by utilizing the CM/ECF system, which will send electronic notification of said filing to counsel of record.

Marc E. Williams, Esq.
Randall L. Saunders, Esq.
Jenna E. Hess, Esq.
Nelson Mullins Riley & Scarborough, LLP
949 Third Avenue, Suite 200
Huntington, WV  25701
marc.williams@nelsonmullins.com

Silas B. Taylor, Esq.
Managing Deputy Attorney General
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV  25301
silasbtaylor1@gmail.com

J. Adam Skaggs, Esq.
Matthew Mendendez, Esq.
Brennan Center for Justice
    at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY  10013

                                          **s/ Anthony J. Majestro**
                                          Anthony J. Majestro (WVSB 5165)
                                          Powell & Majestro, PLLC
                                          405 Capitol Street, Suite P1200
                                          Charleston, WV  25301
                                          Phone: 304-346-2889; Fax: 304-346-2895
                                          amajestro@powellmajestro.com