# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/21/2012                                                                   Case Number 2:12-cv-03419
Case Style: Callaghan vs. Tennant
Type of hearing Initial Case Management Conference
Before the honorable: 2513-Goodwin
Court Reporter Teresa Harvey                                                       Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Anthony J. Majestro and J. C. Powell


Attorney(s) for the Defendant(s) Silas B. Taylor and Doren Burrell


Law Clerk Maryl Sattler                                                            Probation Officer

Trial Time


Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


Court Time

1:00 pm   to 1:35 pm
Total Court Time: 0 Hours 35 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled start time 1:00 p.m.
Actual start time 1:00 p.m.


Initial Case Management Conference
Counsel for parties present
Counsel for Intervenor Defendant:  Marc E. Williams, Matthew Menendez, Allen Loughry
The court reviews the dates established in the August 10, 2012 Order & Notice [Docket 15]
Discussion of deadlines.
Parties discuss the case.
End time 1:35 p.m.