IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MICHAEL CALLAGHAN,

    Plaintiff,

v.                                                                          Civil Action No. 2:12-cv-03419

NATALIE E. TENNANT,
in her official capacity as
West Virginia Secretary of State;
NATALE E. TENNANT, GARY A. COLLIAS,
WILLIAM N. RENZELLI, and ROBERT RUPP
in their official capacities as members of the
West Virginia State Election Commission,

    Defendants.

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Comes now the Plaintiff, by and through his counsel, and moves this Court for a injunction preliminarily enjoining Defendants from implementing W.Va. Code § 3-12-11(e) and W.Va. Code § 3-12-11(f), the provisions of the West Virginia Supreme Court of Appeals Public Campaign Financing Pilot Program which allow participating candidates to receive additional taxpayer funds based on the expenditures of independent third-parties and non-participating candidates.

In support of this motion, Plaintiff submits a contemporaneously filed Memorandum of Law in Support of Preliminary Injunction and the attached Exhibit A (appendix previously filed with the Supreme Court of Appeals) and Exhibit B (Affidavit of Michael Callaghan).

                                                               MICHAEL CALLAGHAN
                                                               By Counsel

s/ Anthony J. Majestro_____
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:     304-346-2895
amajestro@powellmajestro.com


Paul T. Farrell (WVSB 7443)
Greene Ketchum Bailey Walker Farrell & Tweel
PO Box 2389
Huntington, WV  25724-2389
Phone:  304-525-9115
Fax:     304-529-3284
paul@greeneketchum.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MICHAEL CALLAGHAN,

    Plaintiff,

v().                                                             Civil Action No. 2:12-cv-03419

NATALIE E. TENNANT, in her
official capacity as West Virginia
Secretary of State; NATALIE E. TENNANT,
GARY A. COLLIAS, WILLIAM N. RENZELLI,
and ROBERT RUPP in their official capacities
as members of the West Virginia State
Election Commission,

    Defendants.

## CERTIFICATE OF SERVICE

       The undersigned counsel, counsel for the Plaintiff, does hereby certify that on the 22nd day of August, 2012, I electronically filed the foregoing **Plaintiff's Motion for Preliminary Injunction** with the Clerk of the Court by utilizing the CM/ECF system, which will send electronic notification of said filing to counsel of record.

Marc E. Williams, Esq.
Randall L. Saunders, Esq.
Jenna E. Hess, Esq.
Nelson Mullins Riley & Scarborough, LLP
949 Third Avenue, Suite 200
Huntington, WV  25701
marc.williams@nelsonmullins.com

Silas B. Taylor, Esq.
Managing Deputy Attorney General
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV  25301
silasbtaylor1@gmail.com

J. Adam Skaggs, Esq.
Matthew Mendendez, Esq.
Brennan Center for Justice
   at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY  10013

                                                    **s/ Anthony J. Majestro**
                                                    Anthony J. Majestro (WVSB 5165)