IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

MICHAEL CALLAGHAN,

    Plaintiff,

v.                                                      Civil Action No. 2:12-cv-03419

NATALIE E. TENNANT, et al.,

    Defendants,

ALLEN H. LOUGHRY II,

    Intervenor-Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties, through counsel, stipulate that the above-captioned is hereby dismissed without prejudice, with each party to bear their own costs incurred in this action.

SO STIPULATED this 27th day of September, 2012:

s/ Anthony J. Majestro_____  
Anthony J. Majestro (WVSB 5165)  
POWELL & MAJESTRO, PLLC  
405 Capitol Street, Suite P1200  
Charleston, WV  25301  
Phone:  304-346-2889  
Fax:      304-346-2895  
amajestro@powellmajestro.com  
Counsel for Plaintiff

s/ Silas B. Taylor_____  
Silas B. Taylor  
Office of the Attorney General  
Building 1, Room E-26  
Charleston, WV  25305  
silasbtaylor1@gmail.com  
*Counsel for Defendants Tennant, Collias, Renzelli & Rupp*

<table>
<tr><td>

s/ Marc E. Williams
Marc E. Williams (WVSB 4062)
Randall L. Saunders (WVSB 10162)
Jenna E. Hess (WVSB 11416)
Nelson Mullins Riley & Scarborough LLP
949 Third Avenue, Suite 200
Huntington, WV  25701
Phone:  304-526-3500
marc.williams@nelsonmullins.com
*Counsel for Intervenor-Defendant Loughry*

</td><td>

s/ J. Adam Skaggs
J. Adam Skaggs, Esq.
Matthew Menendez, Esq.
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, NY 10013
Phone:  646-292-8331
Adam.skaggs@nyu.edu
Matt.menendez@nyu.edu
*Counsel for Intervenor-Defendant Loughry*

</td></tr>
</table>